**WARNER BROS. PICTURES, Inc., v. Hon. George COSGRAVE, Judge of the U. S. District Court for the Southern District of California.**

No. 7902.

Circuit Court of Appeals, Ninth Circuit.

Oct. 15, 1935.

Clarence M. Hanson and Freston & Files, all of Los Angeles, Cal., for petitioner.

Wm. B. Spivak, of Los Angeles, Cal., for respondent.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the papers on file, and oral argument of counsel for respective parties on return to order to show cause, ordered, that the order of the District Court herein requiring impounding of film be vacated as being in excess of jurisdiction, and that an order be entered accordingly.

**Woodrow WARREN, Appellant, v. UNITED STATES of America, Appellee.**

No. 3968.

Circuit Court of Appeals, Fourth Circuit.

Oct. 7, 1935.

M. B. Simpson and R. Clarence Dozier, both of Elizabeth City, N. C., for appellant.

J. O. Carr, U. S. Atty., of Wilmington, N. C.

PER CURIAM.

On motion of appellee, consented to by attorneys for appellant, cause is docketed and dismissed.

**Frank WHITCOMB, Creditor, Appellant, v. Rosetta M. GROVES, Bankrupt.**

No. 10243.

Circuit Court of Appeals, Eighth Circuit.

July 6, 1935.

S. C. Hickman, of Chariton, Iowa, for appellant.

Leo A. Hoegh, of Chariton, Iowa, for appellee.

PER CURIAM.

Appeal allowed by this court dismissed, at costs of appellant, per stipulation of parties.